UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SOPHIA WOLFINGER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 22 CV 140 |
| | ) | |
| vs. | ) | Judge Robert W. Gettleman |
| | ) | |
| VILLAGE OF SKOKIE, et al. | ) | Magistrate Judge Jeannice |
| | ) | W. Appenteng |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE[1]**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Sophia Wolfinger, Victoria Wolfinger, and Richard Wolfinger, through their counsel, Jeffrey B. Gilbert or Carrie S. Gilbert of Johson Jones Snelling & Gilbert, P.C., hereby voluntarily stipulate to the dismissal of the captioned action with prejudice and without an award of attorneys' fees or costs, all costs having been paid, and no counterclaim or motion for summary judgment having been filed by Defendants, with the Court not having entered any order or finding to support Plaintiffs' Second Amended Complaint, and with Plaintiff Sophia Wolfinger hereby withdrawing her pending renewed motion for class certification (Docket Nos. 95-6). This voluntary Stipulation of Dismissal with prejudice follows unsuccessful settlement negotiations. In conjunction with this voluntary Stipulation of Dismissal with prejudice, Defendants have provided no money or any other consideration to Plaintiffs, and have not agreed to make any changes to the pat-down search policies referenced in Plaintiffs' second amended complaint. Defendants Village of Skokie, Officer Michael Jaworski, and Officer Mazina Zaidi, through their attorneys, Laura L. Scarry of DeAno & Scarry, LLC, Michael M. Lorge, Corporation Counsel and James G. McCarthy, Assistant Corporation Counsel for the Village of Skokie, and Michael Murphy Tannen of Tannen Law Group, P.C. (for Village of Skokie) agree to this Stipulation of Dismissal of this action.

---

[1] The parties submit that Plaintiffs are permitted to voluntarily dismiss their case with prejudice through a stipulation signed by all parties to this case and without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No class was certified in this case so Federal Rule of Civil Procedure 23( e) is inapplicable.

1

DATED: June 28, 2024

/s/ Jeffrey B. Gilbert  
One of the attorneys for Plaintiffs

Jeffrey B. Gilbert  
Carrie S. Gilbert  
Johson Jones Snelling  
& Gilbert, P.C.  
325 N. LaSalle Street, Suite 350  
Chicago IL 60654  
(773) 484-6694 (Carrie Gilbert)  
(773) 484-6695 (Jeffrey Gilbert)  
*cgilbert@jjsgd.com*

/s/ *Michael Murphy Tannen*  
Attorneys for Defendant Village of Skokie

Michael Murphy Tannen  
Timothy Meloy  
Tannen Law Group, P.C.  
77 West Washington Street, Ste 500  
Chicago, IL 60602  
(312) 641-6650  
*mtannen@tannenlaw.com*  
*tmeloy@tannenlaw.com*

/s/ *Laura L. Scarry*  
One of the attorneys for Defendants

Laura L. Scarry  
DeAno & Scarry, LLC  
111 W. Jackson Blvd., Suite 1700  
Chicago, IL 60604  
Phone: (630) 690-2800  
Direct line: (630) 384-1802  
*lscarry@deanoscarry.com*

/s/ *James G. McCarthy*  
One of the attorneys for Defendant  
Village of Skokie  
Michael M. Lorge  
James G. McCarthy  
Village of Skokie  
Office of Corporation Counsel  
5127 Oakton St.  
Skokie IL 60077  
(847) 933-8270  
*James.McCarthy@Skokie.Org*