**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sophia Wolfinger, et al.
                                        Plaintiff,

v.                                                              Case No.: 1:22–cv–00140
                                                                Honorable Robert W. Gettleman

Village of Skokie, et al.
                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, June 30, 2024:

        MINUTE entry before the Honorable Robert W. Gettleman: On Stipulation [133] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice and without an award of attorneys' fees or costs. Plaintiff&#039;s renewed motion for class certification [95] is withdrawn. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.